AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

for the    District of Massachusetts    ATTACHMENT 5

SANDY J. BATTISTA,

    Plaintiff

V.

KATHLEEN M. DENNEHY, Commissioner, et al.

    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-11456

I, Sandy J. Battista, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently ~~incarcerated~~ civilly committed?    [X] Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your ~~incarceration~~ Mass. Treatment Center
   
   Commitment:
   Are you employed at the institution? No    Do you receive any payment from the _____
   
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    [X] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    [X] No
   b. Rent payments, interest or dividends    ☐ Yes    [X] No
   c. Pensions, annuities or life insurance payments    ☐ Yes    [X] No
   d. Disability or workers compensation payments    ☐ Yes    [X] No
   e. Gifts or inheritances    ☐ Yes    [X] No
   f. Any other sources    ☐ Yes    [X] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount. <u>See attached six month institutional computer print-out.</u>

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_7/6/05_          _[signature]_
   Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050630 11:17

Page  1

| Commit# : | M15930 | | | | MASS. TREATMENT CENTER | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | BATTISTA, SANDY, J. | | | | Statement From | 20050101 | | | |
| Inst : | MASS. TREATMENT CENTER | | | | To | 20050630 | | | |
| Block : | C2 | | | | | | | | |
| Cell/Bed : | 001 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Period : | $9,158.44 | $9,148.04 | $550.81 | $550.81 |
| 20050105 23:02 | PY - Payroll | 3937093 | | MTC | ~20041219 To 20041225 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050112 09:05 | EX - External Disbursement | 3964495 | 97038 | MTC | ~FHS | $0.00 | $5.25 | $0.00 | $0.00 |
| 20050112 09:05 | MA - Maintenance and Administration | 3964496 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050112 23:03 | PY - Payroll | 3970460 | | MTC | ~20041226 To 20050101 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983964 | | MTC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20050119 23:03 | PY - Payroll | 4014539 | | MTC | ~20050102 To 20050108 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4023284 | | MTC | ~Canteen Date : 20050120 | $0.00 | $16.43 | $0.00 | $0.00 |
| 20050126 23:02 | PY - Payroll | 4043707 | | MTC | ~20050109 To 20050115 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4056778 | | MTC | ~Canteen Date : 20050128 | $0.00 | $1.82 | $0.00 | $0.00 |
| 20050202 23:03 | PY - Payroll | 4076668 | | MTC | ~20050116 To 20050122 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:16 | IS - Interest | 4113028 | | MTC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20050209 23:01 | PY - Payroll | 4126838 | | MTC | ~20050123 To 20050129 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4136074 | | MTC | ~Canteen Date : 20050210 | $0.00 | $17.68 | $0.00 | $0.00 |
| 20050216 23:03 | PY - Payroll | 4159486 | | MTC | ~20050130 To 20050205 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20050217 22:30 | CN - Canteen | 4169340 | | MTC | ~Canteen Date : 20050217 | $0.00 | $13.04 | $0.00 | $0.00 |
| 20050222 09:12 | CI - Transfer from Club to Inmate A/c | 4177091 | | MTC | ~PROPERTY CREDIT FOR RETURNED FOOTWEAR~M15930 BATTISTA,SANDY J PERSONAL~KCN WASH ACCOUNT - Z5 | $48.95 | $0.00 | $0.00 | $0.00 |
| 20050309 09:58 | EX - External Disbursement | 4249257 | 98311 | MTC | ~FHS | $0.00 | $5.50 | $0.00 | $0.00 |
| 20050309 09:58 | MA - Maintenance and Administration | 4249258 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4263199 | | MTC | ~Canteen Date : 20050310 | $0.00 | $29.87 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4284090 | | MTC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20050324 22:30 | CN - Canteen | 4343048 | | MTC | ~Canteen Date : 20050324 | $0.00 | $8.29 | $0.00 | $0.00 |
| 20050331 22:30 | CN - Canteen | 4373404 | | MTC | ~Canteen Date : 20050331 | $0.00 | $3.01 | $0.00 | $0.00 |
| 20050404 11:39 | IC - Transfer from Inmate to Club A/c | 4386303 | | MTC | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $2.25 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4424017 | | MTC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20050502 09:32 | ML - Mail | 4531732 | | STH | ~N SWEENEY | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050502 09:32 | MA - Maintenance and Administration | 4531734 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050502 09:32 | TI - Transfer from Institution | 4531736 | | STH | ~Associate Receipt Number is 4531732 | $0.00 | $39.00 | $0.00 | $0.00 |
| 20050502 09:32 | TI - Transfer from Institution | 4531737 | | MTC | ~Associate Receipt Number is 4531732 | $39.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050630 11:17

Page 2

| Commit# : | M15930 | | | MASS. TREATMENT CENTER | | | |
|---|---|---|---|---|---|---|---|
| Name : | BATTISTA, SANDY, J, | | | Statement From | 20050101 | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20050630 | | |
| Block : | C2 | | | | | | |
| Cell/Bed : | 001 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050504 12:48 | IC - Transfer from Inmate to Club A/c | 4546915 | | MTC | ~POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20050505 22:30 | CN - Canteen | 4562921 | | MTC | ~Canteen Date : 20050505 | $0.00 | $24.19 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4590401 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4752239 | | MTC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20050609 22:30 | CN - Canteen | 4762277 | | MTC | ~Canteen Date : 20050609 | $0.00 | $10.75 | $0.00 | $0.00 |
| 20050616 22:30 | CN - Canteen | 4797747 | | MTC | ~Canteen Date : 20050616 | $0.00 | $2.39 | $0.00 | $0.00 |
| | | | | | | $174.24 | $184.45 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.19 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |