UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
    Plaintiff,

vs.                                                          C.A. NO.

KATHLEEN M. DENNEHY, Commissioner, et al.,
    Defendant's.

## ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

Upon the Complaint, and the Memorandum of Law submitted herewith, it is:

ORDERED that the defendant, Kathleen M. Dennehy, Commissioner, in the above captioned matter show cause in room _____ of the United States Courthouse, 1 Courthouse Way, Boston, Mass. 02210 on the _____ day of _____, 2005, at _____ _____ o'clock, why preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendant, her successor's in office, agents, and employees and all other persons acting in concert and participation with them, from providing the plaintiff, Sandy J. Battista, with the medical treatment prescribed by a Dr. Maria Warth on April 12, 2005, recommended by medical professionals at the Fenway Community Health Center on November 16, 2004, and as previously approved by the Treatment Center's In-house physican, Dr. Friedman on April 14, 2005, as well as the Treatment Center's Health Services Administrator, Maryanne Percuoco.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause, the

-2-

defendant, Kathleen M. Dennehy, Commissioner, in the above captioned matter and each of her officers, agents, employees, and all persons acting in concert or participation with them, are restrained from withholding plaintiff's medical treatment prescribed by a Dr. Maria Warth on April 12, 2005, as recommended by medical professionals with the Fenway Communith Health Center on November 16, 2004, and as previously approved by the Treatment Center's in-house physician, Dr. Friedman and Health Services Administrator, Maryanne Percuoco.

IT IS FURTHER ORDERED that this order to show cause, and all other papers attached to this application, shall be served on defendant, Kathleen M. Dennehy, Commissioner, whose address is located at: 50 Maple Street, Suite 3, Milford, Mass. 01757-3698, by _____, 2005, and the United States Marshals Service is hereby directed to effectuate such service.

Dated:_____. _____
                          United States District Judge

Sandy J. Batista, #M-15930
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3220

Dated: 7/6/05

Clerk of Courts
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

Dear Clerk:

Please find enclosed the originals of the following pro-se filings that I'd like for you to file with the United States District Court:

- Civil Cover Sheet;
- Motion and Application to Waive Filing Fee and to be Allowed to Proceed In Forma Pauperis;
- Verified Complaint w/Exhibits;
- Application for Temporary Restraining Order, and/or in the Alternative, for Preliminary In-junction;
- Memorandum of Law in Support; and
- Proposed Order to Show Cause and Temporary Restraining Order

Thank you for your attention in the enclosed.

Sincerely,

Sandy J. Batista, #M-15930
Plaintiff/Pro-se

cc: S.J.B.(FILE)