UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,                )
    Plaintiff,                    )
                                  )
vs.                               )   C.A.NO.
                                  )
KATHLEEN M. DENNEHY, Commissioner, et al.,   )
    Defendant's.                  )

**PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER,
AND/OR IN THE ALTERNATIVE, FOR A PRELIMINARY INJUNCTION**

    Plaintiff Sandy J. Battista, acting pro-se in the above captioned matter, respectfully applies to this Court, pursuant to Rule 65(a), FRCP, **for a Temporary Restraining Order, and/or in the Alternative, for a Preliminary Injunction, enjoining the** defendant's in the above captioned matter, from **withholding a** course of treatment medically prescribed and determined medically necessary and appropriate by several medical professional, pertaining to her "gender issues."

    In support thereof, plaintiff has attached her Memorandum of Law in Support. (A proposed Order to Show Cause and Temporary Restraining Order is also attached herewith).

Dated: 7/6/05 .                     Respectfully submitted,

                                    [signature]
                                    Sandy J. Battista, #M-15930
                                    Plaintiff/Pro-se
                                    Mass. Treatment Center
                                    30 Administration Rd.
                                    Bridgewater, Mass. 02324-3230

7