UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA
         Plaintiff,

V.

CIVIL ACTION

NO. 05-11456-DPW

KATHLEEN M. DENNEHY,
Commissioner, ET AL.
         Defendants.

## SHORT ORDER OF NOTICE

WOODLOCK, District Judge

    On July 8, 2005, Plaintiff, SANDY BATTISTA, filed a Verified Complaint and Application for Temporary Restraining Order and/or in the Alternative for Preliminary Injunction and Memorandum in support.

    Accordingly, it is hereby ORDERED that the DEFENDANTS shall file a written response to the allegations contained in the pleadings, particularly regarding the request for Temporary Restraining Order, by no later than **JULY 22, 2005.**

    The Clerk is directed to serve a copy of VERIFIED COMPLAINT, EXHIBIT, APPLICATION OF TEMPORARY RESTRAINING ORDER AND/OR IN THE ALTERNATIVE FOR A PRELIMINARY INJUNCTION, AND MEMORANDUM IN SUPPORT, upon the defendants.

                                                BY THE COURT,

                                               /s/ Michelle Rynne
                                                Deputy Clerk

DATED: July 12, 2005