UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
        Plaintiff,

v.        Civil Action No. 05-11456-DPW

KATHLEEN DENNEHY, ET AL.,
        Defendants.

ORDER ON MOTION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915:

The motion to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☒    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summonses, complaint, and this order upon defendant Kathleen Dennehy, Commissioner, Superintendent Robert Murphy, Steve Fairly, Director of Security, Susan J. Martin, Director of Health Services, Gregory J. Hughes, LICSW, and U. Mass. Correctional Health Program, <u>as directed by plaintiff</u> with all costs of service to be advanced by the United States.

SO ORDERED.

<u>July 13, 2005</u>                <u>/s/ Douglas P. Woodlock</u>
DATE                          DOUGLAS P. WOODLOCK
                                   UNITED STATES DISTRICT JUDGE