UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY JO BATTISTA,

    Plaintiff,

    v.                     C. A. No.  05-11456-DPW

KATHLEEN M. DENNEHY, et al.,

    Defendants.

## OPPOSITION OF DEFENDANTS KATHLEEN M. DENNEHY, ROBERT MURPHY, SUSAN MARTIN, STEVEN FAIRLY AND GREGORY HUGHES TO PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION

    Defendants, Kathleen M. Dennehy, Robert Murphy, Susan Martin, Steven Fairly and Gregory Hughes, through counsel, hereby oppose plaintiff's request for a preliminary injunction.  In support of their opposition, defendants submit the attached memorandum of law.

Dated: July 22, 2005               Respectfully submitted,

                                           NANCY ANKERS WHITE
                                           Special Assistant Attorney General

                                           /s/  Richard C. McFarland
                                           Richard C. McFarland   (BBO# 542278)
                                           Legal Division
                                           Department of Correction
                                           70 Franklin Street, Suite 600
                                           Boston, MA  02110-1300
                                           (617) 727-3300,  Ext. 132