## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SANDY JO BATTISTA,**

    **Plaintiff,**

    **v.**                        **C. A. No.  05-11456-DPW**

**KATHLEEN M. DENNEHY, et al.,**

    **Defendants.**

## DEFENDANTS' MOTION FOR LEAVE TO FILE A
## MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

Defendants, Kathleen M. Dennehy, Robert Murphy, Susan Martin, Steven Fairly and Gregory Hughes, through counsel, pursuant to Local Rule 7.1(B)(4), hereby move for leave to file a memorandum of law in support of their opposition to plaintiff's motion for a preliminary injunction in excess of twenty pages, as follows:

1.    The issues raised in this action are numerous and complex and require a thorough analysis.  In particular, plaintiff's complaint alleges a violation of his constitutional rights with regard to treatment for his gender identity disorder.

2.    The defendants request leave to file a memorandum of law in support of motion to dismiss not to exceed twenty-two pages.

WHEREFORE, defendants respectfully request leave to file a memorandum of law not to exceed twenty-two pages.

Dated: July 22, 2005               Respectfully submitted,

                                    NANCY ANKERS WHITE
                                    Special Assistant Attorney General

2

/s/  Richard C. McFarland

Richard C. McFarland (BBO# 542278)
Legal Division
Department of Correction
 70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300,  Ext. 132