CERTIFICATE OF SERVICE


      I, Richard C. McFarland, counsel for Defendants Dennehy, Murphy, Martin, Fairly and Hughes, hereby certify that I served a copy of the Opposition of Defendants Kathleen M. Dennehy, Robert Murphy, Susan Martin, Steven Fairly and Gregory Hughes to Plaintiff's Request for a Preliminary Injunction; Memorandum of Law in Support of the Opposition of Defendants Kathleen M. Dennehy, Robert Murphy, Susan Martin, Steven Fairly and Gregory Hughes to Plaintiff's Request for a Preliminary Injunction; and Defendants' Motion for Leave to File a Memorandum of Law in Excess of Twenty Pages upon *pro se* plaintiff, Sandy Jo Battista, by first class mail, postage prepaid, to his address: Massachusetts Treatment Center, 30 Administration Rd., Bridgewater, MA 02324.


Dated:  July 22, 2005                           /s/ Richard C. McFarland
                                           Richard C. McFarland