UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,  )
    Plaintiff,  )
  )
vs.  )
  )  C.A.No.05-11456-DPW.
KATHLEEN M. DENNEHY, Comm'r., et al.,  )
    Defendant's.  )

### NOTICE OF PLAINTIFF NOT TO OPPOSE RELIEF REQUESTED IN RESPONSE OF DEFENDANT, UNIVERSITY OF MASSACHUSETTS CORRECTIONAL HEALTH PROGRAM, TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER, AND/OR IN THE ALTERNATIVE, FOR A PRELIMINARY INJUNCTION

    Plaintiff, Sandy J. Battista, acting pro-se in the above captioned matter, hereby gives notice of her intent not to oppose the relief requested in the Response of Defendant, University of Massachusetts Correctional Health Program, to her pending Application for a Temporary Restraining Order, and/or in the Alternative, for a Preliminary Injunction, insofar, as it pertains to preliminary injunctive relief.

Dated: 7/29/05.      Respectfully submitted,

                                               _/s/ Sandy J. Battista_
                                        Sandy J. Battista, #M-15930
                                        Plaintiff/Pro-se
                                        Mass. Treatment Center
                                        30 Administration Rd.
                                        Bridgewater, Mass. 02324-3230

-2-

CERTIFICATE OF SERVICE

    I, Sandy J. Battista, plaintiff in the enclosed matter, acting pro-se, on oath, hereby certify's that I have today mailed a true and accurate copy of the within document on both counsel's of record for the defendant's, via first class mail, postage pre-paid, by hand/mail.

Dated: July 29, 2005.

                            Sandy J. Battista, #M-15930
                            Plaintiff/Pro-se