U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CANDY J. BATTISTA | 05-11456-DPW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KATHLEEN M. DENNEHY, Commissioner | Civil |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Commissioner of Mass. Department of Correction

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

50 Maple Street, Suite 3, Milford, Mass. 01757-3698

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Candy J. Battista, #M-15900
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3230

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold ⎿                                                                                               ⎾ Fold

Defendant is the current Commissioner of the Mass.
Department of Correction.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* | | N/A | 7/19/05 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | *[signature]* Nancy Selamen | 7/26/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| SARA STOICO | |

| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
|---|---|---|---|
| | 8/8/05 | 1000 | am |
| | Signature of U.S. Marshal or Deputy *[signature]* Cynthia Bohn | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | — | — | — |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

SANDY J. BATTISTA

          Plaintiff

    V.

KATHLeen Dennehy, etal

          Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: C.A. 05-11456-DPW

TO: (Name and address of Defendant)

Kathleen Dennehy, Commissioner
Department of Correction
50 Maple Street - Suite 3
Milford, Mass. 01757-3695

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sandy J. Battista, pro se #M-15930
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3230

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. Thornton

CLERK

7/13/05

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8/8/2005 |

| | |
|---|---|
| NAME OF SERVER (PRINT)  Cynthia Bohn | TITLE  Deputy US marshal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 50 maple st milford ma.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/2005
Date

Signature of Server  Cynthia Bohn

UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
Address of Server 595 MAIN STREET
WORCESTER, MA 01608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.