UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,        )
    Plaintiff,            )
                          )
vs.                       )   C.A.No.05-11456-DPW.
                          )
KATHLEEN M. DENNEHY, Comm'r., et.al.,  )
    Defendant's.          )

### PLAINTIFF'S OPPOSITION TO MOTION OF THE DEFENDANT, UMASS CORRECTIONAL HEALTH PROGRAM, TO DISMISS PURSUANT TO MASS.R.CIV.P. 12(b)(6)

Plaintiff, Sandy J. Battista("Battista"), acting pro-se in the above captioned matter, hereby opposes the Motion of the Defendant, UMass Correctional Health Program("UMCHP"), to Dismiss pursuant to MRCP 12(b)(6). In support of said Opposition, Battista has attached her Memorandum of Law. Which is hereby incorporated and made part of said Opposition.

Dated: 8/15/05.            Respectfully submitted,

                           _____
                           Sandy J. Battista, #M-15930
                           Plaintiff/Pro-se
                           Mass. Treatment Center
                           30 Administration Rd.
                           Bridgewater, Mass. 02324-3230

### CERTIFICATE OF SERVICE

I, Sandy J. Battista, Plaintiff in the enclosed matter, acting pro-se, on oath, hereby certify's that I have today mailed a true and accurate copy of the within filing on both counsel's of record for the defendant's, via first class mail, postage prepaid, by hand/mail.

Dated: 8/15/05.            _____
                           Sandy J. Battista, #M-15930
                           Plaintiff/Pro-se