UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,  )
    Plaintiff,  )
  )
vs.  )  CIVIL ACTION
  )  NO.05-11456-DPW.
KATHLEEN M. DENNEHY, Comm'r., et al.,  )
    Defendant's.  )

### AFFIDAVIT OF THE PLAINTIFF, SANDY J. BATTISTA, #M-15930

I, Sandy J. Battista, on oath, deposes and states under the pains and penalties of perjury the following:

1) On 7/6/05, along with my Verified Complaint, I filed my Application for Preliminary Relief seeking an Order enjoining the defendant's from withholding a course of prescribed treatment determined to be medically necessary and appropriate for treating my gender issues.

2) Since the filing of my Application for Preliminary Relief, my emotional well-being has deteriorated significantly, jeopardizing my physical health, as well as increasing my suicide ideation, as outlined below.

3) On 10/4/05, the Treatment Center's in-house medical psychiatrist, Dr. Bauermeister, who was treating plaintiff's severe anxiety she experiences over the delay in being provided the prescribed treatment at issue, with antidepressants, determined that antidepressants were having no effect in alleviating the symptoms plaintiff was experiencing over the delay in being provided the prescribed treatment at issue, and discontinued said treatment.

4) On 10/8/05, feeling overwhelmed with anxiety and a sense

-2-

of hopelessness in never being provided with the prescribed treatment at issue in plaintiff's pending Application for Preliminary Relief, I took a razor blade and opened up my scrotum in an attempt to castrate myself, though panicked due to extensive bleeding, then sewed myself up with needle and thread. Which required five stitches.

5) On 10/10/05, due to infection, I requested to be seen by my facility's health services unit, and was transported to an outside hospital.

6) The examining physician, determined that, had plaintiff waited just a few more days to seek medical attention, the infection would have been irreversible, requiring all of plaintiff's genitals and a portion of her inner thigh to be amputated.

7) Upon returning from her outside hospital trip, plaintiff was placed in segregation on 15-minute mental health watch. Clothed in nothing but a security wrap.

8) On 10/13/05, I was released from segregation and returned to general population.

9) Without being provided the prescribed treatment at issue in plaintiff's pending Application for Preliminary Relief, I fear that I will attempt to castrate myself again, or worse, commit suicide. To me, life is just not worth living any more without a normal body. Which the prescribed treatment at issue will transform my body into.

10) At present, I am receiving no form of medical treatment to alleviate the symptoms I am experiencing over my gender issues. As outlined above, the Treatment Center's "collective"

-3-

medical/mental health staff have since determined that no treatment will relieve the symptoms I experience over my gender issues, other than the prescribed treatment at issue in my pending Application for Preliminary Relief.

Signed under the pains and penalties of perjury this 17th day of October, 2005.

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3230