UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,  )
    Plaintiff,  )
      )
vs.  )  CIVIL ACTION
      )  NO.05-11456-DPW.
KATHLEEN M. DENNEHY, Commissioner, et al.,  )
    Defendant's.  )

### PLAINTIFF'S MOTION TO EXCLUDE THE REPORT OF CYNTHIA S. OSBORNE, MSW, AND/OR IN THE ALTERNATIVE, MOTION TO STRIKE

Plaintiff, Sandy J. Battista, acting pro-se in the above captioned matter, respectfully moves this Court to exclude from the record the report of [Cynthia S. Osborne, MSW], and/or in the alternative, to strike same from the record, because:

    The "Report" Does Not Meet The Standard For Admission Of Opinion Testimony Established by the Supreme Court in **Daubert vs. Merrell Dow Pharmaceuticals, Inc.**, 509 U.S. 579 (1993).

The basis for this Motion is contained in the accompanying Memorandum of Law. Which is incoporated by reference herein.

Dated: November 3, 2005.
                                        Respectfully submitted,

                                        Sandy J. Battista, #M-15930
                                        Plaintiff/Pro-se
                                        Mass. Treatment Center
                                        30 Administration Rd.
                                        Bridgewater, Mass. 02324-3230

**CERTIFICATE OF SERVICE**

    I, Sandy J. Battista, plaintiff in the enclosed matter, acting pro-se, hereby certify's that I have today mailed a true and accurate copy of the within filing on counsel of record for the defendant's, by hand/mail.

Dated: November 3, 2005.
                                      Sandy J. Battista, #M-15930
                                      Plaintiff/Pro-se