Sandy J. Battista, #M-15930
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3230

Dated: January 27, 2006.

Clerk of Courts
United States District Court
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

      RE: Battista vs. Dennehy, Comm'r., et al.
           C.A.No.05-11456-DPW.

Dear Clerk:

    I am writing in regards to request a status up-dated on my (plaintiff's) pending "Application for a Preliminary Injunction," filed with this Court on July 6, 2005. As such, could you please kindly check with the Clerk for the Honorable Douglas P. Woodlock on this matter and get back to me at your earliest convenience.

    Thank you for your attention in this matter.

Sincerely,

/s/ Sandy J. Battista
Sandy J. Battista, #M-15930
Plaintiff/Pro-se

cc: S.J.B.(FILE)