UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDY JO BATTISTA,      )<br>    Plaintiff,      )<br>            )<br>    v.         )<br>            )<br>KATHLEEN M. DENNEHY, ET AL.,  )<br>    Defendants.      ) | CIVIL ACTION NO.<br>05-11456-DPW |

ORDER FOR APPOINTMENT OF PRO BONO COUNSEL

WOODLOCK, D.J.

By Memorandum and Order (#22) dated March 22, 2006, Plaintiff's motion for appointment of counsel to serve *pro bono* was allowed. Accordingly, it is hereby ORDERED that **Julie A. Baker, Esq.*** is appointed to represent the Plaintiff under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to *pro bono* coordinator) within twenty-one (21) days from the date of this Order. Once this order takes effect, appointed counsel or his or her designated associate(s) shall: (1) promptly file a Notice of Appearance in this action; and (2) serve until the litigation is terminated or the Court enters an order revoking said appointment.

This appointment is limited solely to those matters at issue in this case. Counsel is not being appointed to represent the plaintiff generally or in any other proceeding.

By the Court,

Date:  March 30, 2006                        /s/ Rebecca Greenberg
                                 Rebecca Greenberg, Esq.
* Contact Information:                Pro Se Staff Attorney
Julie A. Baker, Esq.
120 Tremont Street, Suite 370J
Boston, MA  02108
(617)573-8136
BBO #557047.