UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
    Plaintiff,

vs.

KATHLEEN M. DENNEHY, Comm'r., et al.,
    Defendant's.

CONSOLIDTATED CIVIL ACTIONS
NOS. 05-11456-DPW.
     05-12383-DPW.

### PLAINTIFF'S NOTICE OF INTENT NOT TO OPPOSE MOTION OF DEFENDANT, UNIVERSITY OF MASSACHUSETTS CORRECTIONAL HEALTH PROGRAM, FOR ENTRY OF SEPARATE AND FINAL JUDGMENT

Plaintiff, Sandy J. Battista, acting pro-se in the above captione matters, hereby gives her notice of intent not to oppose the Motion of Defendant, University of Massachusetts Correctional Health Program, for Entry of Separate and Final Judgment.

Dated: May 1, 2006.

Respectfully submitted,

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324-3230

**CERTIFICATE OF SERVICE**

I, Sandy J. Battista, acting pro-se, hereby certify's that I have today served a true and accurate copy of the within filing on each counsel of record for the defendant's, and Julie A. Baker, Esq., 120 Tremont Street, Suite 370J, Boston, Mass. 02108, by mail.

Dated: May 1, 2006.

Sandy J. Battista, #M-15930
Plaintiff/Pro-se