UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY JO BATTISTA,

    Plaintiff,

v.                                            Civil Action No. 05-11456-DPW

KATHLEEN M. DENNEHY, et al.,

    Defendants.


**DEFENDANTS' MOTION FOR AN ORDER COMPELLING
PLAINTIFF TO SUBMIT TO A MENTAL EXAMINATION**

Defendants, through counsel, hereby move that an order be issued by this Court requiring the plaintiff to submit to a mental examination by suitably licensed and certified examiners, pursuant to Fed. R. Civ. P. 35(a). Defendants seek to have the plaintiff examined by an expert in the area of gender identity disorders, Cynthia S. Osborne, M.S.W. Defendants further request that Ms. Osborne or other mental health professionals, be permitted to conduct psychological tests on plaintiff as part of the mental examination.

In support of this motion, defendants submit the accompanying Memorandum of Law.

Dated: December 4, 2006                       Respectfully submitted,

                                                            NANCY ANKERS WHITE
                                                            Special Assistant Attorney General

                                                           /s/ Richard C. McFarland
                                                          Richard C. McFarland, BBO# 542278
                                                          Department of Correction
                                                          Legal Division
                                                          70 Franklin Street, Suite 600
                                                          Boston, MA  02110-1300
                                                          (617) 727-3300, Ext. 132

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent to *pro se* plaintiff by first class mail, postage prepaid, to his address: Massachusetts Treatment Center, 30 Administration Rd., Bridgewater, MA 02324 on December 4, 2006.

                                           /s/Richard C. McFarland  
                                           Richard C. McFarland