UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 DEC 18  P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

SANDY J. BATTISTA,
    Plaintiff,

vs.

KATHLEEN M. DENNEHY, Commissioner, et al.,
    Defendant's.

C.A.No.05-11456-DPW.

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER COMPEELING PLAINTIFF TO SUBMIT TO A MENTAL EXAMINATION

Plaintiff, Sandy J. Battista, acting pro-se in the above referenced matter, hereby opposes the Defendants' Motion for An Order Compelling Plaintiff to Submit to a Mental Examination. [1]

In Support thereof, plaintiff's rely's upon the accompanying Memorandum of Law.

Dated: 12/12/06 .

Respectfully submitted,

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

---

[1] On 11/22/06, this Court (Woodlock, J.) issued an order STAYING the case pending resolution of plaintiff's counsel issue. However, since the defendant's have ignored this order, as evident by their present filings, plaintiff is submitting the enclosed opposition pro-se. However, requests the court STAY it's decision pending resolution of plaintiff's counsel issue.

-2-

**CERTIFICATE OF SERVICE**

    I, Sandy J. Battista, hereby certify's that I have today served a true and accurate copy of the within filing on counsel of record for the defendant's, by mail.

Dated: 12/12/06  .  _____
Sandy J. Battista, #M-15930
Plaintiff/Pro-se