Sandy J. Battista, #M-15930
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

---

Dated: February 5, 2007.

Michelle Rynne
Courtroom Clerk to Judge Woodlock
United States Courthouse
One Courthouse Way
Boston, Mass. 02210

      RE: Battista vs. Dennehy, Commissioner, et al.
          U.S.D.C. C.A.No.05-11456-DPW.

Dear Clerk Rynne:

    I am writing to request a print-out of all the pro bono firms that the Pro Bono Coordinator referred the above matter to for pro bono representation. Briefly, as you may recall, Judge Woodlock placed a <u>stay</u> on the above matter pending resolution of the appointment of counsel issue. Since this date, I have written to the Pro se Staff Attorney/Pro Bono Coordinator Rebecca Greenberg to request such a print-out, and have received no reply. Here, as I'm sure you will agree, a legal firm may be more inclined to accept pro bono representation knowing what the proceddural history and evidence is. As such, I have self-prepared a proceddural outline and attached relevant documents that I'd like to mail, at my own expense, to those pro bono firms for their review and consideration. Without same, I am afraid that the appointment of counsel issue may turn into months. And in the mean time my suffering is becoming unbearable. If for some reason, policy or otherwise, will not allow you to consider the enclosed request, could I as an alternative send you a copy of my procedural outline and evidence to fax to those pro bono firms? Please advise?

    Thank you for your consideration and attention in the enclosed. I look forward to your reply.

Sincerely,

_/s/ Sandy J. Battista_
Sandy J. Battista, #M-15930
Plaintiff

cc: S.J.B.(FILE)