UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDY J. BATTISTA,<br>    Plaintiff,<br>v.<br><br>ROBERT MURPHY,<br>    Defendant. | )<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  05-12383-DPW<br>)<br>)<br>) |
| SANDY JO BATTISTA,<br>    Plaintiff,<br>v.<br><br>KATHLEEN M. DENNEHY, ET AL.,<br>    Defendants. | )<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  05-11456-DPW<br>)<br>)<br>)<br>) |

ORDER FOR APPOINTMENT OF *PRO BONO* COUNSEL
AND ORDER ON PENDING MOTIONS

WOODLOCK, D.J.

By Memorandum and Order (#4) dated March 23, 2006, Plaintiff's motion for appointment of counsel to serve *pro bono* was allowed. Accordingly, it is hereby Ordered that **Erin Anderson, Esq.*** is appointed as successor *pro bono* counsel to Attorney Julie A. Baker to represent the Plaintiff Sandy J. Battista in both of the above captioned cases, under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to *pro bono* coordinator) within twenty-one (21) days from the date of this Order.

Once this order takes effect, appointed counsel or his or her designated associate(s) shall: (1) promptly file a Notice of Appearance in this action; and (2) serve until the litigation is terminated or the Court enters an Order revoking said appointment. This appointment is limited solely to those matters at issue in these cases. Counsel is not being appointed to represent the Plaintiff generally or in any other proceeding.

In light of this appointment of *pro bono* counsel for the Plaintiff, it is Further Ordered that Plaintiff's *pro se* Motion for Reconsideration of the Application for a Temporary Restraining Order (#48), Defendants' Motion for an Order Compelling Plaintiff to Submit to a Mental Examination (#50), Defendant University of Massachusetts's Motion for Entry of Separate and Final Judgment (#44), and Plaintiff's Motion for Leave to File a Reply (#52) are all DENIED without prejudice. The parties may reassert such terminated motions no earlier than forty-five (45) days from the date of this Order in order to permit newly appointed counsel a reasonable period to assess the issues in these cases. The parties are reminded that any motion submitted to the Court must comply with Local Rule 7.1.

By the Court,

Date: March 22, 2007

/s/ Rebecca Greenberg
Rebecca Greenberg, Esq.
Pro Se Staff Attorney

\* Contact Information:
Erin Anderson
P.O. Box 934
York Harbor, Maine  03911
(207) 363-9113 (fax)
(774) 888-9043 (cell)
e-mail: erino27@yahoo.com