UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SANDY J. BATTISTA,<br>    Plaintiff,<br><br>vs.<br><br>KATHLEEN M. DENNEHY, et al.,<br>    Defendant's. | FILED<br>CLERKS OFFICE<br><br>2007 MAY -9  P 12: 11<br><br>C.A.No.05-11456-DPW.<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |
| SANDY J. BATTISTA,<br>    Plaintiff,<br><br>vs.<br><br>ROBERT MURPHY,<br>    Defendant. | C.A.No.05-12383-DPW. |

**PLAINTIFF'S MOTION FOR AN EXTENTSION OF COURT ORDER**

Plaintiff, Sandy J. Battista, acting pro-se in the above consolidated actions, hereby motions the court for an extension of it's March 22, 2007 order. Specifically, plaintiff requests the court continue the period in which the parties may reassert any previously terminated motions for the following reasons:

1) On March 22, 2007, this court issued an order appointing Erin Anderson, Esq. as successor pro bono counsel to Attorney Julie A. Baker to represent the plaintiff in both the above consolidated actions. (Paper No.57). The court further issued an order precluding the parties from relitigating any previously terminated motions for forty-five (45) days, in order to permit newly appointed counsel a reasonable period to assess the issues in the above cases. (Id.).

2) Shortly after the above order, attorney Anderson did visit with plaintiff shortly to introduce herself and assured

-2-

plaintiff that she would revisit in order to go over the files and consult on potential issues and defenses. However, as of date, plaintiff has been unable to contact Attorney Anderson nor has plaintiff received a copy of Attorney Anderson's Notice of Appearance. See attached.

3) With the forty-five (45) day period in which the court ordered precluding the parties from relitigating any previously terminated motions being at it's end and plaintiff unable to contact newly appointed counsel, an extension to the court's forty-five (45) day period is warranted in order to resolve plaintiff's counsel issue.

Dated: May 4, 2007.                Respectfully submitted,

                                   _____
                                   Sandy J. Battista, #M-15930
                                   Plaintiff/Pro-se
                                   Mass. Treatment Center
                                   30 Administration Rd.
                                   Bridgewater, Mass. 02324

CERTIFICATE OF SERVICE

   I, Sandy J. Battista hereby certify's that I have today served a true and accurate copy of the within filing on counsel of record for the defendant's, by mail.

Dated: May 4, 2007.          _____
                             Sandy J. Battista, #M-15930
                             Plaintiff/Pro-se

Sandy J. Battista, #M-15930
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

---

Dated: April 25, 2007.

Erin O'Brien Anderson, Esq.
Attorney at Law
P.O. Box 934
York Harbor, Maine. 03911

Dear Attorney Anderson;

    I am writing because I haven't heard any thing from you in a while now. I understand that we just recently had a severe storm, but we don't have alot of time before the courts refiling deadline is up, and we have alot of things we still need to go over. Plus, knowing the DOC as I do, there is no doubt in my mind that counsel for the defendant's will be refiling whatever motions he intends on filing exactly on the courts deadline of May 6th. Please advise.

    Thank you for your attention in this matter. I look forward to your reply.

Sincerely,

*/s/ Sandy J. Battista*
Sandy J. Battista, #M-15930
Plaintiff

cc: S.J.B.(FILE)