UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY JO BATTISTA,

    Plaintiff,

    v.                                    Civil Action No. 05-11456-DPW

KATHLEEN M. DENNEHY, et al.,

    Defendants.

## RENEWED MOTION OF DEFENDANTS KATHLEEN DENNEHY, ROBERT MURPHY, SUSAN MARTIN, STEVEN FAIRLY AND GREGORY HUGHES FOR AN ORDER COMPELLING PLAINTIFF TO SUBMIT TO MENTAL EXAMINATIONS

    Defendants, Kathleen Dennehy, Robert Murphy, Susan Martin, Steven Fairly and Gregory Hughes through counsel, hereby move that an order be issued by this Court requiring the plaintiff to submit to mental examinations by suitably licensed and certified examiners, pursuant to Fed. R. Civ. P. 35(a). Defendants seek to have the plaintiff examined by experts in the area of gender identity disorders. At the present time, defendants seek to have Cynthia S. Osborne, M.S.W., an expert in the diagnosis and treatment of GID, conduct an examination of plaintiff. Defendants further request that Ms. Osborne or other mental health professionals, be permitted to conduct psychological tests on plaintiff as part of the mental examinations.

    In support of this motion, defendants submit the accompanying Memorandum of Law.

Dated: June 26, 2007                          Respectfully submitted,

                                                        NANCY ANKERS WHITE
                                                        Special Assistant Attorney General

                                                        /s/ Richard C. McFarland_____
                                                        Richard C. McFarland, BBO# 542278
                                                        Department of Correction

2

                                                Legal Division
                                                70 Franklin Street, Suite 600
                                                Boston, MA  02110-1300
                                                (617) 727-3300,  Ext. 132

### CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent to *pro se* plaintiff by first class mail, postage prepaid, to his address: Massachusetts Treatment Center, 30 Administration Rd., Bridgewater, MA 02324 on June 26, 2007.

                                                /s/Richard C. McFarland
                                                Richard C. McFarland