UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA, )
    Plaintiff, )
     )
vs. ) C.A. No. 05-11456-DPW.
     )
KATHLEEN M. DENNEHY, Commissioner, et al., )
    Defendant's. )

**PLAINTIFF'S OPPOSITION TO RENEWED MOTION OF DEFENDANTS KATHLEEN M. DENNEHY, ROBERT MURPHY, SUSAN MARTIN, STEVEN FAIRLY AND GREGORY HUGHES FOR AN ORDER COMPELLING PLAINTIFF TO SUBMIT TO MENTAL EXAMINATIONS**

    Plaintiff, Sandy J. Battista, acting pro-se in the above referenced matter, hereby opposes the Renewed Motion of Defendants Kathleen M. Dennehy, Robert Murphy, Susan Martin, Steven Fairly and Gregory Hughes for an Order Compelling Plaintiff to Submit to Mental Examinations.

    In Support thereof, plaintiff's rely's upon the accompanying Memorandum of Law.

Dated: 7/4/07 .

Respectfully submitted,

_____
Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

**CERTIFICATE OF SERVICE**

    I, Sandy J. Battista, hereby certify's that I have today served a true and accurate copy of the within documents on counsel of record for the defendants, by mail.

Dated: 7/4/07 . _____
Sandy J. Battista, #M-15930
Plaintiff/Pro-se