

# New Mexico Legal Aid

P.O. Box 25486
Albuquerque, New Mexico 87125-5486
(505) 243-7871

Fax: 842-9864

July 9, 2007

Honorable Douglas P. Woodlock
US District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Battista vs. Dennehy C.A. No. 05-121456,
     Battista vs. Murphy C.A. No. 05-1283

Dear Judge Woodlock:

I am writing to withdraw the appointment for the above captioned cases. I met the client and opposing counsel and some advocacy groups who indicated that they might be interested in aiding me in this case.

I also met with Attorney McFarland to discuss how we could get the case on track by scheduling a discovery hearing. In the course of those meetings it appeared that there may be lengthy trial. In the interim I was offered a position in Albuquerque, New Mexico. I checked with our Executive Director as we are currently without a litigation director to inquire about keeping the case. I know the last pro-bono attorney had to withdraw as well and that the client would be disappointed as this case has been languishing for some time. I hoped I would be able to keep the case but I was not able to do so because of geography and LSC requirements.

I sent a letter to the client to inform him before I moved and just received my forwarded mail today. I also called Attorney McFarland to let him know after I received his letter.

I apologize for not sending a letter sooner.

Sincerely,

Erin Anderson