Sandy J. Battista, #M-15930
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

---

Dated: October 18, 2007.

Richard Nici, Docket Clerk
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, Mass. 02210



      RE: <u>Battista vs. Dennehy, et al.</u>
           <u>U.S.D.C.C.A.No.05-11456-DPW.</u>

Dear Clerk:

    I am writing to request a "status update" on the following pleadings:

- Renewed Motion of the Defendant, University of Massachusetts Correctional Health program, for Entry of Separate and Final Judgment(dated: 5/10/07)(without Opposition);

- Plaintiff's Motion for Partial Summary Judgment Or, In the Alternative, Reconsideration for Preliminary Relief(dated: 6/18/07);

- Motion of Defendants Kathleen M. Dennehy, Robert Murphy, Susan Martin, Steven Fairly and Gregory Hughes, pursuant to Fed.R.Civ.P. 56(f), for a Continuance in Order to Conduct Discovery(dated: 6/26/07);

- Renewed Motion of Defendants Kathleen M. Dennehy, Robert Murphy, Susan Martin, Steven Fairly and Gregory Hughes for an order Compelling Plaintiff to Submit to mental Examinations(dated: 6/26/07);

- Plaintiff's Motion for a protective Order in Opposition to Motion of Defendants Kathleen M. Dennehy, Robert Murphy, Susan Martin, Steven Fairly and Gregory Hughes, pursuant to Fed.R.Civ.P. 56(f), for a Continuance in Order to Conduct Discovery (dated: 7/4/07); and

-2-

- Plaintiff's Opposition to Renewed Motion of Defendants Kathleen M. Dennehy, Robert Murphy, Susan Martin, Steven Fairly and Gregory Hughes for an order Compelling Plaintiff to Submit to mental Examinations (dated: 7/4/07).

    Please note that, as the plaintiff is a pro-se litigant in the care and custody of the Department of Correction, she is without means to inquire into the status of the above motions, othe than written communication. As such, could you please kindly check on the status of the above motions and get back to me at your earliest convenience.

    In closing, plaintiff respectfully requests the docket clerk take notice that the nature of the above motions concern questions involving the plaintiff's medically prescribed treatment and of her health and well being, in consideration for a hearing upon the docket.

    Thank you for your consideration and attention in this matter. I look forward to your reply.

Sincerely,

*[signature]*

Sandy J. Battista, #M-15930
Plaintiff/Pro-se

cc: S.J.B.(FILE)