Sandy J. Battista, #M-15930  
Mass. Treatment Center  
30 Administration Rd.  
Bridgewater, Mass. 02324

FILED  
IN CLERKS OFFICE

2007 NOV -5 P 2: 40

U.S. DISTRICT COURT  
DISTRICT OF MASS.

Dated: November 5, 2007.

Jarret Lovett, Court Room Clerk  
U.S. District Court  
1 Courthouse Way, Suite 2300  
Boston, Mass. 02210

RE: <u>Battista vs. Dennehy, Commissioner, et al.</u>  
U.S.D.C. C.A.No.05-11456-DPW.

Dear Clerk Lovett:

On October 18, 2007, I wrote the Docket Clerk, Richard Nici to inquire into the "status" of the parties pending pleadings, filed well over four (4) months ago. See Paper No. 68. In response, I was simply provided with a current copy of the docket entry sheets. As such, could you please kindly inform me as to the status and whether there has been a hearing scheduled for docket entries 59-66. (On file).

In closing, I understand that these things some time takes time and would understand the delay if the subject matter of the above-referenced matter pertained to a simple tort claim, privacy claim, or even a conditions of confinement claim. However, the nature of the pending pleadings at issue concern questions involving the plaintiff's prescribed treatment and the effects the delay in treatment have on her "daily activities." Any information here will be greatly appreciated.

Thank you for your consideration and attention in this matter. I await your reply.

Sincerely,

_____  
Sandy J. Battista, #M-15930  
Plaintiff/Pro-so

cc:S.J.B.(FILE)