UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDY JO BATTISTA,<br>    Plaintiff,<br><br>        v.<br><br>KATHLEEN M. DENNEHY,<br>Commissioner, ROBERT MURPHY,<br>Superintendent; STEVEN FAIRLY,<br>Director of Security;<br>SUSAN J. MARTIN, Director of<br>Health Services; GREGORY J.<br>HUGHES, LICSW; and UMASS<br>CORRECTIONAL HEALTH PROGRAM,<br>sued in the individual and<br>official capacities,<br>    Defendants. | CIVIL ACTION NO.<br>05-11456-DPW |
| SANDY J. BATTISTA,<br>            Plaintiff,<br>        v.<br><br>ROBERT MURPHY,<br>            Defendant. | CIVIL ACTION NO.<br>05-12383-DPW |

ORDER FOR APPOINTMENT OF SUCCESSOR *PRO BONO* COUNSEL

Plaintiff's request for appointment of counsel to serve *pro bono* was previously granted, however, *pro bono* counsel who were previously appointed were permitted to withdraw. At this juncture, successor counsel willing to accept a *pro bono* appointment on behalf of the Plaintiff with respect to the above-captioned matters has been secured. Accordingly, there being sufficient cause to exercise the discretionary power of the Court to appoint counsel, it is ORDERED that law firm **McDermott, Will & Emery LLP\*** is appointed to represent the

plaintiff Sandy Battista under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to *pro bono* coordinator) within twenty-one (21) days from the date of this Order.  Once this order takes effect, appointed counsel or his or her designated associate(s) shall: (1) promptly file a Notice of Appearance in this action; and (2) serve until the litigation is terminated or the Court enters an order revoking said appointment.

This appointment is limited solely to those matters at issue in Civil Action No. 05-11456-DPW and Civil Action No. 05-12383-DPW.  Counsel is not being appointed to represent the plaintiff generally or in any other proceeding.

DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

Date:  November 16, 2007            By:  /s/ Rebecca Greenberg
                                         Rebecca Greenberg, Esq.
* Contact Information:                    Pro Se Staff Attorney/Pro Bono Coordinator

Neal E. Minahan, Jr., Esq.
Emily E. Smith-Lee, Esq.
Ada Sheng, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
617-535-4481
617-535-3800 (fax)
nminahan@mwe.com
esmith-lee@mwe.com