UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
SANDY JO BATTISTA,                      )
                                        )
       Plaintiffs,                      )  Civil Action
   v.                                   )  No. 05-11456-DPW
                                        )
KATHLEEN DENNEHY, et al.,               )
                                        )
       Defendant.                       )
_____  )

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff Sandy Jo Battista.

    I certify that I am admitted to practice in this court.


Dated: November 20, 2007          /s/ Neal E. Minahan
                                                Neal E. Minahan (BBO#661371)
                                                McDermott Will & Emery LLP
                                                28 State Street
                                                Boston, MA 02109-1775
                                                617.535.4000 (phone)
                                                617.535.3800 (fax)


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 20, 2007.

                                                /s/ Neal E. Minahan
                                                Neal E. Minahan


BST99 1557868-1.009962.0255