**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                         )
SANDY JO BATTISTA,                       )
                                         )
            Plaintiffs,                  )        Civil Action
      v.                                 )        No. 05-11456-DPW
                                         )
KATHLEEN DENNEHY, et al.,                )
                                         )
            Defendant.                   )
_____  )
```

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Sandy Jo Battista.

I certify that I am admitted to practice in this court.


Dated: November 27, 2007                  /s/ Emily E. Smith-Lee
                                          Emily E. Smith-Lee (BBO#634223)
                                          McDermott Will & Emery LLP
                                          28 State Street
                                          Boston, MA 02109-1775
                                          617.535.4057 (phone)
                                          617.535.3800 (fax)


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 27, 2007.

                                          /s/ Emily E. Smith-Lee
                                          Emily E. Smith-Lee


BST99 1558248-1.009962.0255