## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SANDY JO BATTISTA, | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | 05-11456-DPW |
| KATHLEEN M. DENNEHY, Commissioner, ROBERT MURPHY, Superintendent; STEVEN FAIRLY, Director of Security; SUSAN J. MARTIN, Director of Health Services; GREGORY J. HUGHES, LICSW; and UMASS CORRECTIONAL HEALTH PROGRAM, sued in the individual and official capacities, | ) | |
| Defendants. | ) | |
| SANDY J. BATTISTA, | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | 05-12383-DPW |
| ROBERT MURPHY, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to Fed. R. Civ. P. 16(b) and this Court's November 16, 2007 Order, the remaining parties in the above-referenced consolidated action, Plaintiff Sandy J. Battista and the Defendant personnel of the Massachusetts Department of Corrections —Kathleen Dennehy, Robert Murphy, Steve Fairly, Susan J. Martin and Gregory J. Hughes— have conferred and hereby submit the following joint status report. Defendant UMass Correctional Health Program ("UMCHP") has been dismissed from this action pursuant to this Court's March 3, 2006 Order and is not a signatory to this report.

1.	Plaintiff shall file an amended complaint in this consolidated action by January 7, 2008. Defendants shall file a responsive pleading within twenty (20) days of Plaintiff's filing of the amended complaint.

2.	The Parties agree that it is unlikely that any additional parties will be joined.

3.	The Parties have conferred regarding the scope and timeline of anticipated discovery. Discovery will encompass paper documents, depositions and expert discovery. The Parties propose the following discovery schedule:

| Date | Event |
| --- | --- |
| 1/4/2007 | Fed. R. Civ. P. 26(a) disclosures due |
| 4/18/2008 | All non-expert discovery, including depositions, to be completed |
| 4/18/2008 | Disclosure of experts and expert reports (if any) |
| 5/16/2008 | Disclosure of rebuttal experts and rebuttal expert reports (if any) |
| 6/13/2008 | All expert discovery, including depositions, to be completed |
| 7/11/2008 | All dispositive motions to be filed |

4.	The Parties believe that a trial, if necessary, should commence within two months after the Court issues a decision on the parties' summary judgment motions and will take approximately one week.

Respectfully submitted,

| | |
|---|---|
| /s/ Neal E. Minahan | /s/ Richard C. McFarland |
| Emily Smith-Lee (BBO#64223) | Richard C. McFarland |
| Neal E. Minahan (BBO#661371) | Department of Correction |
| McDermott Will & Emery LLP | 70 Franklin Street |
| 28 State Street | Suite 600 |
| Boston, MA 02109 | Boston, MA 02110 |
| Phone: 617.535.4000 | Phone: 617.727.3300 (x 132) |
| Fax: 617.535.3800 | Fax: 617.727.7403 |
| | |
| *Attorneys for Plaintiff Sandy J. Battista* | *Attorney for Defendants Kathleen Dennehy, Robert Murphy, Steve Fairly, Susan J. Martin, Gregory J. Hughes* |

Dated: December 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 5, 2007.

/s/ Neal E. Minahan

Neal E. Minahan

BST99 1558717-2.009962.0255