## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SANDY JO BATTISTA,<br><br>        Plaintiff,<br>v.<br><br>KATHLEEN M. DENNEHY,<br>Commissioner, ROBERT MURPHY,<br>Superintendent; STEVEN FAIRLY,<br>Director of Security; SUSAN J. MARTIN,<br>Director of Health Services; GREGORY J.<br>HUGHES, LICSW; and UMASS<br>CORRECTIONAL HEALTH PROGRAM,<br>sued in the individual and official capacities,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>05-11456-DPW |
| SANDY J. BATTISTA,<br>        Plaintiff,<br>v.<br><br>ROBERT MURPHY,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>05-12383-DPW |

## **NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff Sandy Jo Battista.

    I certify that I am admitted to practice in this court.

Dated: December 7, 2007

/s/ Dana M. McSherry
Dana M. McSherry (BBO#664430)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
617.535.4000 (phone)
617.535.3800 (fax)

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 7, 2007.

                                        /s/ Dana M. McSherry
                                        Dana M. McSherry

BST99 1559443-1.009962.0255