UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

SANDY JO BATTISTA,

    Plaintiff,

v.                                  Civil Action No. 05-11456-DPW

KATHLEEN M. DENNEHY, *et. al.*

    Defendants.

DEFENDANTS' NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 5(a), please enter our appearance as counsel for the defendants KATHLEEN DENNEHY, *et. al*., in the above-entitled civil action.

Thank you.

                                                        Respectfully submitted,
                                                        NANCY ANKERS WHITE

                                                        Special Assistant Attorney General

Dated: December 7, 2007               /s/ Joan T.  Kennedy
                                                   Joan T. Kennedy, Counsel
                                                   BBO#554935
                                                   Legal Division
                                                   Department of Correction
                                                   70 Franklin Street, Suite #600
                                                   Boston, MA 02110-1300
                                                   Tel. (617) 727-3300, Ext. 160

2

## CERTIFICATE OF SERVICE

    I, Joan T. Kennedy, counsel for the defendants, Kathleen Dennehy, *et. al.*, hereby certify that on this day I served copies of the foregoing document on all counsel of record by electronic filing of same with the Court.

Dated: December 7, 2007　　　　　/s/ Joan T. Kennedy
　　　　　　　　　　　　　　　　　　　Joan T. Kennedy