# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| SANDY JO BATTISTA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | 05-11456-DPW |
| | ) | |
| KATHLEEN M. DENNEHY, | ) | |
| Commissioner, ROBERT MURPHY, | ) | |
| Superintendent; STEVEN FAIRLY, | ) | |
| Director of Security; SUSAN J. MARTIN, | ) | |
| Director of Health Services; GREGORY J. | ) | |
| HUGHES, LICSW; and UMASS | ) | |
| CORRECTIONAL HEALTH PROGRAM, | ) | |
| sued in the individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| SANDY J. BATTISTA, | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | 05-12383-DPW |
| | ) | |
| ROBERT MURPHY, | ) | |
| Defendant. | ) | |

_____

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Sandy Jo Battista.
I certify that I am admitted to practice in this court.

Dated: December 10, 2007

/s/ Ada Y. Sheng_____
Ada Y. Sheng  (BBO#664775)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
617.535.4000 (phone)
617.535.3800 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 10, 2007.

/s/ Ada Y. Sheng
Ada Y. Sheng