UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDY JO BATTISTA, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>KATHLEEN DENNEHY, et al., )<br>)<br>Defendant. )<br>) | Civil Action<br>No. 05-11456-DPW |

### PLAINTIFF'S NOTICE OF NON-OPPOSITION TO UMCHP'S MOTION FOR SEPARATE AND FINAL JUDGMENT

Pursuant to the Court's request at the December 10, 2007 status conference, Plaintiff hereby informs the court that (i) Defendant UMASS Correctional Health Program ("UMCHP") is not a named Defendant in Plaintiff's proposed First Amended Complaint, which was submitted to this Court for leave to file on January 8, 2008; and (ii) Plaintiff does not intend to oppose any motion by UMCHP for separate and final judgment.

Dated:  January 8, 2008

Respectfully submitted,

SANDY J. BATTISTA

by her attorneys,

/s/ Neal E. Minahan
Emily Smith–Lee (BBO# 634223)
Neal E. Minahan (BBO#661371)
Dana McSherry (BBO #664430)
Ada Sheng (BBO#664775)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109
tel: 617.535.4000
fax: 617.535.3800

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 8, 2008.

                              /s/ Neal E. Minahan
                              Neal E. Minahan

BST99 1561798-1.009962.0255