UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SANDY JO BATTISTA,<br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN M. DENNEHY,<br>Commissioner, ROBERT MURPHY,<br>Superintendent; STEVEN FAIRLY,<br>Director of Security;<br>SUSAN J. MARTIN, Director of<br>Health Services; GREGORY J.<br>HUGHES, LICSW; and UMASS<br>CORRECTIONAL HEALTH PROGRAM,<br>sued in the individual and<br>official capacities,<br>    Defendants. | CIVIL ACTION NO.<br>05-11456-DPW |

**SEPARATE AND FINAL JUDGMENT**

In accordance with the Memorandum and Order (#42) issued March 22, 2006, granting defendant University of Massachusetts Correctional Health Program's Motion to Dismiss (#19), and in accordance with the Order directing the entry of Separate and Final Judgment (#79) entered January 10, 2008, it is hereby Ordered, Adjudged, and Decreed pursuant to Fed. R. Civ. P. 54(b):

**Separate and Final Judgment for defendant University of Massachusetts Correctional Health Program against the plaintiff Sandy Jo Battista.**

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

Date: January 10, 2008