UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY JO BATTISTA,

    Plaintiff,

    v.                     C. A. No. 05-11456-DPW

HAROLD W. CLARKE, et al.,

    Defendants.

## MOTION OF DEFENDANTS HAROLD W. CLARKE, KATHLEEN M. DENNEHY, ROBERT MURPHY, TERRE K. MARSHALL, AND SUSAN J. MARTIN FOR PARTIAL DISMISSAL OF THE FIRST AMENDED COMPLAINT

Defendants, Harold W. Clarke, Kathleen M. Dennehy, Robert Murphy, Terre K. Marshall and Susan J. Martin, through counsel, hereby move to dismiss counts III-IX of the first amended complaint for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: January 28, 2008                     Respectfully submitted,

                                                  NANCY ANKERS WHITE
                                                  Special Assistant Attorney General

                                                  /s/ Richard c. McFarland
                                                  Richard C. McFarland, BBO# 542278
                                                  Joan T. Kennedy, BBO #554935
                                                  Legal Division
                                                  Department of Correction
                                                  70 Franklin Street, Suite 600
                                                  Boston, MA  02110-1300
                                                  (617) 727-3300,  Ext. 132

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on 01/28/08.

                                                  /s/ Richard C. McFarland
                                                  Richard C. McFarland