# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDY J. BATTISTA,<br><br>    Plaintiff,<br><br>v.<br><br>HAROLD W. CLARKE,<br>KATHLEEN M. DENNEHY,<br>ROBERT MURPHY,<br>TERRE K. MARSHALL, and<br>SUSAN J. MARTIN, in their official and<br>individual capacities;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)   05-11456-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE
## OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Sandy Jo Battista hereby moves for an extension of time to file an Opposition to Defendant's Motion to Dismiss to February 15, 2008. In support hereof, Ms. Battista states that this extension will cause no prejudice to the Defendants, whose counsel has assented to the relief requested in this motion. Plaintiff's opposition to Defendant's Motion to Dismiss is currently due to be filed by February 11, 2008 and Plaintiff seeks a four day extension.

WHEREFORE, Ms. Battista respectfully requests that this Court allow this motion and extend the deadline for Ms. Battista to file an opposition motion in this matter until February 15, 2008.

\*

\*

\*

Dated: February 11, 2008								Respectfully submitted,

											SANDY J. BATTISTA

											by her attorneys,

											/s/ Neal E. Minahan
											Emily Smith–Lee (BBO# 634223)
											Neal E. Minahan (BBO#661371)
											Dana M. McSherry (BBO #664430)
											Ada Sheng (BBO#664775)
											McDermott Will & Emery LLP
											28 State Street
											Boston, MA 02109
											tel: 617.535.4000
											fax: 617.535.3800

## RULE 7.1 CERTIFICATION

I, Neal Minahan, hereby certify that I have conferred with counsel for the Defendants, who has assented to the relief requested herein.

											/s/ Neal E. Minahan

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 11, 2008.

											/s/ Neal E. Minahan

BST99 1564435-1.009962.0255