UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY JO BATTISTA,

    Plaintiff,

    v.                           C. A. No.  05-11456-DPW

HAROLD W. CLARKE, et al.,

    Defendants.

## MOTION OF DEFENDANTS TO ENLARGE TIME

Defendants, through counsel, hereby move this Court to enlarge the time for filing a response to Plaintiff's Renewed Motion for Preliminary Injunction, up to and including September 5, 2008.

In support of this motion, defendants state as follows:

1.      The additional time is required in order to permit counsel to complete plaintiff's deposition and review the deposition transcript.  Plaintiff's deposition is scheduled to take place on August 14, 2008.  Counsel has been advised that it will take the court reporter approximately two weeks to prepare the deposition transcript.  Defendants anticipate that plaintiff's deposition will provide information that will assist defendants in the preparation of their response to the Renewed Motion for Preliminary Injunction, including information concerning plaintiff's safety and security at the Treatment Center.

2.      The additional time is also necessary where counsel for defendants has a long planned vacation scheduled to commence on Friday, August 15, 2008 and continue through August 24, 2008.

WHEREFOR, defendants respectfully request that this motion be allowed and the deadline for the filing of their opposition to plaintiff's Renewed Motion for Preliminary Injunction be enlarged up to and including September 5, 2008.

Dated: August 11, 2008                              Respectfully submitted,


                                                    NANCY ANKERS WHITE
                                                     Special Assistant Attorney General


                                                     /s/ Richard c. McFarland
                                                    Richard C. McFarland, BBO# 542278
                                                    Legal Division
                                                     Department of Correction
                                                            70 Franklin Street, Suite 600
                                                    Boston, MA  02110-1300
                                                    (617) 727-3300, Ext. 132


## CERTIFICATE OF RULE 7.1 CONFERENCE

       Pursuant to Local Rule 7.1, I hereby certify that on August 11, 2008, I conferred by telephone with plaintiff's counsel, Neil Minahan, regarding this motion.  Plaintiff's counsel indicated that he was opposed to the length of the enlargement sought by defendants.


                                                    /s/ Richard C. McFarland
                                                    Richard C. McFarland


## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August, 11, 2008.


                                                    /s/ Richard C. McFarland
                                                    Richard C. McFarland